IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PACID TECHNOLOGIES, LLC, § <br> § <br> *Plaintiff*, § <br> § CIVIL ACTION NO. 1:24-cv-321-DAE <br> v. § <br> § JURY TRIAL DEMANDED <br> USAA FEDERAL SAVINGS BANK, § <br> § <br> *Defendant*. § <br> § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO FILE SUR-REPLY IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS COMPLAINT [DOC. 14]**

Before the Court is Plaintiff's Unopposed Motion for Leave to File its Sur-Reply in Opposition to Defendant's Motion to Dismiss Complaint ("Motion for Leave"). The Court finds that the Motion for Leave should be GRANTED.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave is GRANTED.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 7(b), the Clerk shall promptly file Plaintiff's Sur-Reply in Opposition to Defendant's Motion to Dismiss Complaint, attached as Exhibit A to the Motion for Leave in the docket of the above-referenced case.

SO ORDERED this \_\_\_\_ day of _____, 2024.

_____
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

1